IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA RECREATION ADVISORY COUNCIL (PRAC), for Itself and on Behalf of its Members | : : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 04-2012 |

## ORDER

AND NOW, this 27th day of January, 2005, after conducting a Telephone Status Conference with counsel in the above-captioned action, it is hereby **ORDERED** that:

1. The parties are to work together to complete all fact based discovery, apart from expert discovery, but including the exchanging of self-executing disclosures, the propounding and responding to requests for production of documents and interrogatories within 120 days, but no later than **May 27, 2005**.

2. A **Telephone Status Conference** will be held on **June 1, 2005**, at **2:00 p.m.** to determine whether discovery has been completed, to set a time frame for expert discovery and/or dispositive motions, as well as to explore the possibility of a resolution of the matter. Plaintiff's counsel is directed to initiate this conference call to (215) 597-6079.

3. Counsel are expected to work together to facilitate the discovery process. In the event that the parties cannot, in good faith, resolve a discovery dispute without court intervention, counsel are directed to contact my Chambers through a telephone call or informal letter to request the scheduling of a conference. A telephone or in-person conference to discuss and resolve the dispute will be scheduled in a prompt fashion. The filing of formal discovery motions is discouraged.

4. If during these proceedings a discovery and/or settlement conference takes place on the record, it is counsel's responsibility to inform the Court if its transcript should be filed under seal.

5. Counsel are instructed to carefully review and comply with the Philadelphia Bar Association Principles of Professionalism.

6. The parties are advised that consistent with the amended federal civil discovery rules, counsel are expected to comply with all new amendments and provisions unless stipulated by the parties or authorized by Order of this Court.

7. Counsel may contact my Chambers at any time to schedule a settlement conference.

BY THE COURT:

M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF PENNSYLVANIA*
*3030 United States Courthouse*
*Independence Mall West*
*Sixth and Market Streets*
*PHILADELPHIA, PENNSYLVANIA 19106-1797*

*Chambers of*
*M. FAITH ANGELL*     P: (215) 597-6079
*Chief United States Magistrate Judge*     F: (215) 580-2165

## FAX / MAIL COVER SHEET

*CASE NO.* 04-2012     *DISTRICT COURT JUDGE:* LHP

*TODAY'S DATE*: January 27, 2005     *LAW CLERK'S INITIALS*: LFS

*VIA FAX:*

| *NAME* | *FAX NUMBER* (Area Code & Number) |
|---|---|
| 1. Rotan Edward Lee, Esq. | (215) 569-1606 |
| 2. Gerald E. Wallerstein, Esq. | (215) 683-5071 |
| 3. Stella M. Tsai, Esq. | (215) 598-1699 |